# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACOB LAMBETH,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00636-RFB-DJA<br><br>**ORDER** |

On April 11, 2025, after being informed that Plaintiff Jacob Lambeth was deceased, the Court ordered that this action would be dismissed unless any party or Lambeth's successor or representative filed a motion for substitution under Federal Rule of Civil Procedure ("FRCP") 25(a)(1) by July 10, 2025. ECF No. 3. The Court directed the Office of the Attorney General of the State of Nevada to serve Lambeth's representative or next-of-kin with a copy of the order, and the Attorney General's Office complied with that directive via U.S. Mail on May 2, 2025. ECF No. 5. The 90-day deadline expired without any party or person filing a motion to substitute for Lambeth under FRCP 25 or any other response.

Therefore, **IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** pursuant to FRCP 25(a)(1).

The Clerk of the Court is to close this case.

**DATED:** July 18, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**